Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
1, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 1, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00171-CV

____________

 

IN RE BARNABAS MADU, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

WRIT
OF INJUNCTION

WRIT
OF PROHIBITION

 

 



 

M E M O R A N D U M   O
P I N I O N

On February 22, 2005, relator, Barnabas Madu,
filed a petition for writ of mandamus, writ of injunction, and writ of
prohibition in this court.  See Tex. Gov't Code Ann. ' 22.221 (Vernon Supp. 2004).  Relator asks this court to order the
Honorable James York, Judge of the 246th Judicial District Court of Harris
County, Texas, to set aside his order signed December 29, 2004, entered in
trial court cause number 2004-64720, styled In the Matter of the Marriage of
Clara Osuji Madu and Barnabas Madu. 
Relator claims that the order is void because the trial court improperly
exercised jurisdiction over a suit affecting the parent-child
relationship.  Relator also filed a
motion for an emergency stay and immediate temporary relief.  See Tex.
R. App. p. 52.8(b), 52.10.








Relator has not established that he is entitled to
extraordinary relief.  Accordingly, we
deny relator=s petition for writ of mandamus, writ
of injunction, and writ of prohibition. 
We also deny relator=s motion for emergency stay and temporary relief.

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 1, 2005.

Panel consists of
Justices Edelman, Seymore and Guzman.